IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PEPI SCHAFLER,** *pro se* | \* |
| Appellant | \* |
| v. | \* |
| | \*   Civil No.: PJM 14-1519 |
| **HSBC BANK USA, N.A., et al.** | \* |
| Appellees | \* |

## MEMORANDUM OPINION

On May 8, 2014, Pepi Schafler, *pro se*, filed a Notice of Appeal from an order of the Bankruptcy Court dated March 24, 2014 that lifted the automatic stay in her Chapter 7 proceeding in favor of Appellees, HSBC Bank, USA, Scott D. Miller, Phillips Lytle LLP, David J. McNamara, Michael B. Powers, and James H. French.[1]

Appellees have filed a Motion to Dismiss Appellant's Appeal and Memorandum in Support (Paper No. 2), arguing that Schafler failed to file the designation of the items to be included in the record on appeal and a statement of the issues to be presented as required by Bankruptcy Rule 8006, despite the Bankruptcy Court granting her an extension until May 12, 2014; and she further failed to file a brief in support of her appeal within 15 days of entry of the appeal on the Court's docket as required by Bankruptcy Rule 8009(a). Because Schafler has failed to take any action on her appeal, Appellees request that the Court dismiss her appeal pursuant to Local Rule 404.2 and 404.3.

---

[1] Schafler's Bankruptcy case is, in fact, directly related to PJM-09-cv-1758. In that case, the Court recently granted Defendants' Motion for Entry of Judgment Against Garnishees Bank of America, N.A., after Schafler's numerous attempts to avoid the Court's award of attorney's fees and costs against her after numerous frivolous filings over a period of several years, including being held in civil contempt and ordered incarcerated. See, e.g., 09-cv-1758, Paper No. 122 and 149

As of the date of this Opinion, Schafler has filed no response to Appellee's Motion, despite having been sent a letter from the Clerk of the Court on June 11, 2014 informing her that her case may be dismissed if she did not respond within 17 days of the date of that letter. In light of the fact that she has not responded to the Motion, but more importantly because it is clear that she has not filed any of the above referenced requisite pleadings with the Court in support of her appeal, and because the Court finds that any further delay in prosecuting this appeal will have a prejudicial effect on the other parties, Appellees' Motion to Dismiss Appellant's Appeal and Memorandum in Support (Paper No. 2) will be **GRANTED** and Schafler's appeal will be **DISMISSED**.

A separate Order will Issue.

July 7, 2014

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**